IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TAMMY JAMES and KEITH JAMES, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) CASE NO. 3:18-CV-698-WKW |
| DISH NETWORK, L.L.C. and CONVERGENT OUTSOURCING, INC., | ) ) ) ) ) |
| Defendants. | ) ) |
| DISH NETWORK, L.L.C., | ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| JIMMY LONG, | ) ) |
| Third-Party Defendant. | ) |

## **ORDER**

On consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 44) and Stipulation of Dismissal of Third-Party Complaint with Prejudice (Doc. # 45), which comport with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 30th day of April, 2019.

                                               /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE